UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Reverand Raymond Otto Ellis, Jr,

    Plaintiff,

    v.                                                   Case No. 1:05cv474

Hamilton County Justice Center, et al.,       Judge Michael H. Watson

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Before the Court is the May 12, 2006, Magistrate Judge's Report and Recommendation (Doc. 28).

The parties were given proper notice, pursuant to 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). To date, no objections to the May 12, 2006, Magistrate Judge's Report and Recommendation have been filed.

Upon *de novo* review of this matter, pursuant to 28 U.S.C. § 636, the Court finds no error in the Magistrate Judge's Report and Recommendation. Accordingly, the May 12, 2006, Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. Defendants' Motion to Dismiss (Doc. 20) is **DENIED**. The Calendar order issued by the undersigned on December 7, 2005 (Doc. 17) remains in effect.

    **IT IS SO ORDERED.**

bac     June 6, 2006

Michael H. Watson, Judge
United States District Court